*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF RE-SETTING
## Before Judge Jon Phipps McCalla, Chief United States District Judge

July 9, 2013

RE:   *2:12-cr-20208-JPM
*USA v. VICTORIA WALLACE*

Dear Sir/Madam:

A(n) **REPORT DATE** before **Chief Judge Jon Phipps McCalla** has been **RESET** from THURSDAY, JULY 9, 2013 at 2:00 P.M. to **WEDNESDAY, AUGUST 14, 2013** at **10:30 A.M. in Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:   *s/Joseph P. Warren*,
Case Manager to Chief Judge Jon Phipps McCalla
901-495-1242
joseph_warren@tnwd.uscourts.gov

*This case is to be dismissed at the defendant's sentencing in case 13-20001-JPM.